IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA THOMAS on behalf of                                                PLAINTIFF
   ANTWUNG D. McDOUGAL

v.                                  NO.  3:04CV00369 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 16th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE